[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 25, 2012
JOHN LEY
CLERK

No. 11-14763
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00189-CAP-GGB-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEREMIE PUGH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(May 25, 2012)

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

S. Ralph Martin, appointed counsel for Jeremie Pugh in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pugh's convictions and sentences are **AFFIRMED**.